UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81082-CIV-COHN/Seltzer

MORRIS McDANIEL,

    Plaintiff,

vs.

RIC L. BRADSHAW, as Sheriff of Palm Beach County and the CITY OF BOYNTON BEACH, as Boynton Beach Police Department,

    Defendants.

_____/

## FINAL SUMMARY JUDGMENT

**THIS CAUSE** is before the Court upon the separately entered order granting Defendants' Motions for Summary Judgment. Accordingly it is **ORDERED AND ADJUDGED** that Judgment is hereby entered on behalf of Ric L. Bradshaw, as Sheriff of Palm Beach County, and the City of Boynton Beach, and against the Plaintiff, Morris McDaniel, and Plaintiff shall take nothing from Defendants in this action. The Clerk may close this case and remove the case from the trial calendar.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of August, 2011.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:

Counsel of record on CM/ECF